# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Dr. Darashan Shah, d/b/a Embassy Row, LLC

_____
Plaintiff(s)

vs.

Civil Action No.: 1:06-CV-01888

The Kingdom of Morocco

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Kingdom of Morocco
Serve: His Excellency Mohamed Benaissa
    Ministry of Foreign Affairs and Cooperation
    Avenue F. Roosevelt - Rabat - MOROCCO

by: (check one)    ☑ registered mail, return receipt requested
                   ☐ DHL

pursuant to the provisions of: (check one)
                   ☐ FRCP 4(f)(2)(C)(ii)
                   ☑ 28 U.S.C. § 1608(a)(3)
                   ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): Morocco_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Richard W. Luchs, D.C. Bar # 243931
Joshua M. Greenberg, D.C. Bar # 489323
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W.
Suite 900
Washington, D.C. 20036
(Name and Address)

**RECEIVED**

NOV - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT