CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DARASHAN SHAH
───────────────────────
Plaintiff(s)

vs.

Civil Action No.: 06-1888 (RWR)

KINGDOM OF MOROCCO
───────────────────────
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __9th__ day of __November__, 20_06_, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


NANCY MAYER-WHITTINGTON, CLERK

By: _____Jackie Francis_____
Deputy Clerk

| Registered No. RB845315468US 06-1888 (RWR) | | Date Stamp 0216 |
|---|---|---|
| Reg. Fee $ $7.50 | Special Delivery $ | |
| Handling Charge $ | Return Receipt $ | |
| Postage $ | Restricted Delivery $ | |
| Received by | | Domestic Insurance Is Limited To $25,000. International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☒ Without Postal Insurance | |

FROM: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
333 CONSTITUTION AVE. NW
WASHINGTON, D.C. 20001

TO: His Excellency Mohamed Benaissa
Ministry of Foreign Affairs
Cooperation, Ave. F. Roosevelt

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)