UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DR. DARASHAN SHAH,                  )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   Case No.: 1:06CV01888
                                    )   Judge: Thomas F. Hogan
THE KINGDOM OF MOROCCO,             )
                                    )
    Defendant.                      )
_____)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that I have been retained by The Kingdom of Morocco, the Defendant in the above-captioned litigation. I was admitted to practice in this District on November 3, 1986.

January 12, 2007                    Respectfully submitted,

                                       KALBIAN HAGERTY L.L.P

                                       By: /S/ Haig V. Kalbian_____
                                          Haig V. Kalbian, #400976
                                          Mary M. Baker #443104
                                      The Brawner Building
                                      888 17th Street, N.W., Suite 1000
                                      Washington, D.C.  20006
                                      T: (202) 223-5600
                                      F: (202) 223-6625
                                      *Counsel for Defendant*
                                      *The Kingdom of Morocco*