UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DR. DARASHAN SHAH,                )
                                  )
    Plaintiff,                    )
                                  )
v.                                )   Case No.: 1:06CV01888
                                  )   Judge: Thomas J. Hogan
THE KINGDOM OF MOROCCO,           )
                                  )
    Defendants.                   )
_____)

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Kingdom of Morocco ("Defendant"), by counsel and having obtained consent from Plaintiff for the relief sought, respectfully asks this Court to extend the deadline for Defendant's Response to Plaintiff's Complaint and states as follows:

1. On November 3, 2006, Plaintiff filed its Complaint ("Complaint"). Assuming proper service of process under the Foreign Sovereign Immunities Act ("FSIA"), Defendant's response to Plaintiff's Complaint would be due on January 22, 2007.

2. The Defendant requested from Plaintiff's counsel that the time for it to answer or otherwise respond to the Complaint be extended until February 20, 2007. Counsel for Plaintiff, Richard W. Luchs of Greenstein DeLorme & Luchs, P.C. kindly agreed to extend the time to respond until February 20, 2007.

3. Further, this motion serves the interests of justice. Neither the Court nor any party will suffer any prejudice by the Court granting any of the relief sought.

WHEREFORE, Plaintiff respectfully request this Court enter an order directing that Defendant's Response to Plaintiff's Complaint be modified to extend the deadline

2

until February 20, 2007 and for such other relief as the Court deems necessary and appropriate.

January 12, 2007                                   Respectfully submitted,

/S/ Haig V. Kalbian
Haig V. Kalbian [D.C. Bar No. 400976]
Mary M. Baker [D.C. Bar No. 443104]
KALBIAN HAGERTY, L.L.P.
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625
*Counsel for Defendant*
*The Kingdom of Morocco*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
DR. DARASHAN SHAH,                      )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )   Case No.: 1:06CV01888
                                        )   Judge: Thomas F. Hogan
THE KINGDOM OF MOROCCO,                 )
                                        )
    Defendants.                         )
_____)

**MEMORANDUM IN SUPPORT OF CONSENT MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, the Kingdom of Morocco ("Defendant" or "Morocco"), by counsel, respectfully submits this Memorandum of Points and Authorities in Support of Their Consent Motion to Extend Time to File Response to Plaintiffs' Complaint ("Complaint") and states as follows:

1. Defendant is a foreign sovereign. The Ministry of Foreign Affairs first received notice of this suit on or about November 20, 2006.[1] Because of the various holidays here and in Morocco, the undersigned firm was only recently retained to defend Morocco. Accordingly, Defendants request an extension of time until February 20, 2007, to respond to Plaintiff's Complaint.

2. Plaintiff will not be prejudiced by this one month delay.

3. No previous extensions have been sought by any party. Neither the Court nor the parties will be prejudiced by this request.

---

[1] Defendant reserves the right to challenge the service as defective under the FSIA.

2

      WHEREFORE, Defendant, the Kingdom of Morocco, respectfully requests that the Court extend their time in which to file an answer or otherwise respond to Plaintiff's Complaint to February 20, 2007 and for such further relief as the Court deems just and proper. A proposed Order accompanies this Motion and Memorandum.

January 12, 2007                                       Respectfully submitted,

                                                            /S/ Haig V. Kalbian_____
                                                            Haig V. Kalbian (D.C. Bar #400976)
                                                            Mary M. Baker (D.C. Bar #443104)
                                                            KALBIAN HAGERTY L.L.P.
                                                            888 17th Street, N.W., Suite 1000
                                                            Washington, D.C. 20006
                                                            T: (202) 223-5600
                                                            F: (202) 223-6625

                                                           *Counsel for Defendant*
                                                           *The Kingdom of Morocco*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                              )
DR. DARASHAN SHAH,                            )
                                                              )
    Plaintiff,                                        )
                                                              )
v.                                                             )   Case No.: 1:06CV01888
                                                              )   Judge: Thomas J. Hogan
THE KINGDOM OF MOROCCO,          )
                                                              )
    Defendants.                                   )
_____)

## ORDER

Upon consideration of the Consent Motion for Extension of Time to File a Response to Plaintiff's Complaint ("Motion") and it appearing to the Court that good cause exists for granting said Motion, it is hereby

ORDERED that the Motion is GRANTED; and

FURTHER ORDERED that the deadline for Defendant's to Answer or otherwise Respond to Plaintiff's Complaint be extended until February 20, 2007.


This _____ day of _____, 2007


                                                            _____
                                                            Judge, United States District Court
                                                           for the District of Columbia

With copies to:

Haig V. Kalbian [D.C. Bar No.: 400976]
Mary M. Baker [D.C. Bar No. 443104]
KALBIAN HAGERTY, L.L.P.
888 17th Street, N.W., Suite 1000
Washington, D.C.  20006
T: (202) 223-5600
F: (202) 223-6625
*Counsel for Defendant*
*The Kingdom of Morocco*


Richard W. Luchs [D.C. Bar No. 243931]
Joshua M. Greenberg [D.C. Bar No. 489323]
GREENSTEIN DELORME & LUCHS, P.C.
1620 L Street, NW
Suite 900
Washington, DC 20036
Tel: (202) 452-1400
Fax: (202) 452-1410
*Counsel for Plaintiff*
*Dr. Darashan Shah d/b/a Embassy Row, LLC*