06-1888

| Registered Article *(Envoi recommandé)* | | | | |
|---|---|---|---|---|
| ☐ Letter *(Lettre)* | ☒ Printed Matter *(Imprimé)* | ☐ Other *(Autre)* | ☐ Recorded Delivery *(Envoi à livraison attestée)* | ☐ Express Mail International |

Completed by the office of origin. *(A remplir par le bureau d'origine.)*

Insured Parcel ☐ *(Colis avec valeur déclarée)* | Insured Value *(Valeur déclarée)* | Article Number RB 843 315 468US

Office of Mailing *(Bureau de dépôt)* | Date of Posting *(Date de dépôt)*

Addressee Name or Firm *(Nom ou raison sociale du destinataire)*
His Excellency Mohamed Benaissa

Street and No. *(Rue et No.)*
Ministry of Foreign Affairs & Cooperation

Place and Country *(Localité et pays)*
Avenue F. [illegible] - Rabat - MOROCCO

Completed at destination. *(A compléter à destination.)*

This receipt must be signed by: (1) the [illegible] under the regulations of the country of destination; or, (3) if [illegible] will be returned to the sender by the first [illegible]
*(Cet avis doit être signé par le destinataire [illegible] règlements du pays de destination, ou [illegible] courrier directement à expéditeur.)*

☐ The article mentioned [illegible] duly delivered.
*(L'envoi mentionné [illegible] dûment livré.)*

Signature of Addressee / Signature *du destinataire* | Date | Postmark of the office of destination *(Timbre du bureau de destination)*

Office of Destination Employee Signature *(Signature de l'agent du bureau de destination)*

PS Form 2865, October 1992 *(Reverse)*