UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. DARASHAN SHAH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE KINGDOM OF MOROCCO, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:06CV01888 <br> Judge: Thomas J. Hogan |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT**

Defendant Kingdom of Morocco ("Defendant"), by counsel and having obtained consent from Plaintiff for the relief sought, respectfully request that this Court extend the deadline for Defendant's response to Plaintiff's Complaint from February 20, 2007 to March 23, 2007. The grounds for this Motion and the relief sought herein are more fully set forth in the accompanying memorandum of points and authorities.

February 9, 2007                           Respectfully submitted,


/S/ Haig V. Kalbian
Haig V. Kalbian [D.C. Bar No. 400976]
Mary M. Baker [D.C. Bar No. 443104]
KALBIAN HAGERTY, L.L.P.
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625
*Counsel for Defendant*
*The Kingdom of Morocco*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. DARASHAN SHAH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE KINGDOM OF MOROCCO, )<br>)<br>Defendant. )<br>) | Case No.: 1:06CV01888<br>Judge: Thomas F. Hogan |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, the Kingdom of Morocco ("Defendant" or "Morocco"), by counsel and having obtained consent from Plaintiff for the relief sought, respectfully submits this Memorandum of Points and Authorities in support of its Consent Motion to Extend Time to Respond to Plaintiff's Complaint and states as follows:

1. Plaintiff filed its Complaint on or about November 6, 2006 ("Complaint").

2. On January 15, 2007, an order was entered by Chief Judge Thomas J. Hogan granting an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint until February 20, 2007.

3. The parties have agreed to engage in serious, good faith settlement discussions. As such, the Plaintiff by its counsel, Richard Luchs, Esq., has agreed that Defendant may file its answer or otherwise respond to the Complaint by March 23, 2007.

4. The motion serves the interests of justice by facilitating the orderly progression of the case and good faith settlement discussions. Neither the Court nor any party will suffer any prejudice by the Court granting the relief sought herein.

WHEREFORE, Defendant, the Kingdom of Morocco, respectfully requests that the Court extend their time in which to file an answer or otherwise respond to Plaintiff's Complaint from February 20, 2007 to March 23, 2007 and for such further relief as the Court deems just and proper. A proposed Order accompanies this Motion and Memorandum.

February 9, 2007

Respectfully submitted,

/S/ Haig V. Kalbian
Haig V. Kalbian (D.C. Bar #400976)
Mary M. Baker (D.C. Bar #443104)
KALBIAN HAGERTY L.L.P.
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625

*Counsel for Defendant
The Kingdom of Morocco*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. DARASHAN SHAH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE KINGDOM OF MOROCCO,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No.: 1:06CV01888<br>)　Judge: Thomas J. Hogan<br>)<br>)<br>) |

### ORDER

Upon consideration of the Consent Motion for Extension of Time to Respond to Plaintiff's Complaint ("Motion") and it appearing to the Court that good cause exists for granting said Motion, it is hereby

ORDERED that the Motion is GRANTED; and

FURTHER ORDERED that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint shall be extended from February 20, 2007 to March 23, 2007.

This _____ day of _____, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　　　　for the District of Columbia

With copies to:

Haig V. Kalbian [D.C. Bar No.: 400976]
Mary M. Baker [D.C. Bar No. 443104]
KALBIAN HAGERTY, L.L.P.
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625
*Counsel for Defendant*
*The Kingdom of Morocco*

Richard W. Luchs [D.C. Bar No. 243931]
Joshua M. Greenberg [D.C. Bar No. 489323]
GREENSTEIN DELORME & LUCHS, P.C.
1620 L Street, NW, Suite 900
Washington, DC 20036
Tel: (202) 452-1400
Fax: (202) 452-1410
*Counsel for Plaintiff*
*Dr. Darashan Shah d/b/a Embassy Row, LLC*