AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PLAINTIFF
Dr. Darashan Shah

V. DEFENDANT AND THIRD PARTY PLAINTIFF

The Kingdom of Morocco

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 06-CV-01888 TFH

V. THIRD PARTY DEFENDANT
Anne Butler

To: Name and address of Third Party Defendant
Anne Butler
Anne Butler Realty Group, LLC
305 - 8th Street, N.E.
Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Robert W. Luchs, Esq.
Joshua M. Greenberg, Esq.
1620 L Street, NW
Suite 900
Washington, DC 20036

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Haig V. Kalbian, Esq.
Mary M. Baker, Esq.
KALBIAN HAGERTY LLP
888 17th Street, N.W.
Suite 1000
Washington, DC 20006

an answer to the ~~third~~ *Amended* party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                                APR 2 5 2007
CLERK                                                     DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Dr. Darashan Shah d/b/a Embassy Row, LLC

vs.

The Kingdom of Morocco, et al.

No. 06-CV-01888 TFH

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Third Party Summons in a Civil Action and Amended Third-Party Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:32 am on May 9, 2007, I served Anne Butler at 915 Maryland Avenue, NE, Washington, DC 20002 by serving "Jane Doe", housemate, a person of suitable age and discretion who resides therein. Described herein:

```
SEX-     FEMALE
AGE-     37
HEIGHT-  5'7"
HAIR-    BLACK
WEIGHT-  135
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  5-10-07
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187178