UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DR. DARASHAN SHAH, )
d/b/a EMBASSY ROW, LLC )
238 Brookville Road )
Muttontown, NY 11545 )
)
)
         *Plaintiff,* )
)
)
v. )   Civil Action No. 06-CV-01888
)
)
THE KINGDOM OF MOROCCO )
)
)
     *Defendant/Third-Party Plaintiff,* )
)
v. )
)
)
ANNE BUTLER, )
ANNE BUTLER REALTY GROUP, LLC )
305 - 8th Street NE )
Washington, DC 20002 )
)
)
         *Third-Party Defendants.* )
)
)

## AFFIDAVIT FOR ENTRY OF DEFAULT

1. My name is Mary M. Baker. I am an adult citizen over 21 years of age. My business address is Kalbian & Hagerty, LLP, 888 17th Street, N.W., Suite 1000, Washington, D.C. 20006.

2. I have knowledge of the matters herein and am otherwise competent to testify as to the matters contained herein.

3. I am a partner in the law firm, Kalbian Hagerty LLP ("Kalbian Hagerty"). My firm represents Defendant/Third-Party Plaintiff, the Kingdom of Morocco ("Third-Party Plaintiff" or the "Embassy"), a foreign sovereign with an embassy located in Washington, D.C.

3. On or about April 4, 2007, we caused a Third-Party complaint to be filed on behalf of the Embassy against Third-Party Defendants, Anne Butler and Anne Butler Realty Group, LLC (collectively "Ms. Butler"). On or about April 12, 2007, the Clerk issued a summons as to Ms. Butler.

4. On or about April 17, 2007, we filed an Amended Third-Party Complaint (hereinafter, the "Complaint"). On or about April 25, 2007, the Clerk reissued a summons for the Complaint.

5. The Complaint was properly served upon Ms. Butler by a private process server on May 9, 2007. See Attached Affidavit of Service from Capital Process. Pursuant to Fed. R. Civ. P. 4(e)(2), service effected by delivering the summons and complaint to "Jane Doe", a person of suitable age and discretion who resides with Ms. Butler at her dwelling house or usual place of abode at 915 Maryland Avenue, NE, Washington, D.C. 20002. Jane Doe refused to give her name to the process server. Defendants' Answer was due on May 30, 2007.

6. Ms. Anne Butler, as alleged in the Complaint, is a real estate agent and is a resident of the District of Columbia. Upon information and belief, Ms. Anne Butler is not an infant or an incompetent party. Also neither she nor her company is a member of the military or armed forces to the best of my knowledge, information and belief.

5. Anne Butler Realty Group, LLC is a real estate agency with the office located at 305 - 8th Street NE, Washington, D.C.

6. I further certify that no appearance has been entered by said Third-Party Defendants in this case; no pleading has been filed and none served upon the attorney for the Third-Party Plaintiff.

The Clerk is respectfully requested to enter a Default against Third-Party Defendants, Anne Butler and Anne Butler Realty Group, LLC.

**FURTHER AFFIANT SAYETH NOT.**

District of Columbia
City of Washington

_____
Mary M. Baker

Subscribed and sworn to before me
Washington, DC this 8th day of June 2007.

_____
Notary Public

My Commission expires: 6-14-2009

# EXHIBIT A

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

2007 APR 17 PM 7:06

FILING DEPOSITORY

PLAINTIFF

Dr. Darashan Shah

V. DEFENDANT AND THIRD PARTY PLAINTIFF

The Kingdom of Morocco

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 06-CV-01888 TFH

V. THIRD PARTY DEFENDANT

Anne Butler

To: Name and address of Third Party Defendant
Anne Butler
Anne Butler Realty Group, LLC
305 - 8th Street, N.E.
Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Robert W. Luchs, Esq.
Joshua M. Greenberg, Esq.
1620 L Street, NW
Suite 900
Washington, DC 20036

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Haig V. Kalbian, Esq.
Mary M. Baker, Esq.
KALBIAN HAGERTY LLP
888 17th Street, N.W.
Suite 1000
Washington, DC 20006

an answer to the third-party complaint which is served on you with this summons, within __20__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

APR 25 2007

DATE

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Dr. Darashan Shah d/b/a Embassy Row, LLC

vs.

The Kingdom of Morocco, et al.

No. 06-CV-01888 TFH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Third Party Summons in a Civil Action and Amended Third-Party Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:32 am on May 9, 2007, I served Anne Butler at 915 Maryland Avenue, NE, Washington, DC 20002 by serving "Jane Doe", housemate, a person of suitable age and discretion who resides therein. Described herein:

```
SEX-     FEMALE
AGE-     37
HEIGHT-  5'7"
HAIR-    BLACK
WEIGHT-  135
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on   5-10-07
                Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187178