UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARASHAN SHAH, )<br>doing business as )<br>EMBASSY ROW, LLC, )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>THE KINGDOM OF MOROCCO, )<br>   )<br>   Defendant and Third Party )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>ANNE BUTLER and )<br>ANNE BUTLER REALTY GROUP, LLC, )<br>   )<br>   Third Party Defendants. )<br>   )<br>_____) | Civ. No. 06-1888 (TFH) |

**ORDER**

On June 11, 2007, the Clerk entered default against Third Party Defendants. There having been no response, the Court

**ORDERS** that, by July 27, 2007, Third Party Defendants show cause why this Court should not enter default judgment against them. If Third Party Defendants fail to comply by July 27, 2007, the Court will enter such default judgment.

**SO ORDERED**

June 26, 2007

/s/
Thomas F. Hogan
Chief Judge

Copies to:

Anne Butler
915 Maryland Avenue, NE
Washington, DC 20002

Anne Butler Realty Group, LLC
305 8th Street NE
Washington, DC 20002
Phone: (202) 546-0562
Fax: (202) 544-5880