**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. DARASHAN SHAH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-CV-01888-TFH |
| ) | |
| THE KINGDOM OF MOROCCO ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION OF THIRD PARTY DEFENDANT ANNE BUTLER AND ANNE BUTLER REALTY GROUP, LLC TO VACATE ENTRY OF DEFAULT BY CLERK AND RESPONSE TO SHOW CAUSE ORDER OF COURT**

Third party Defendants, Anne Butler ("Butler") and Anne Butler Realty Group, LLC (" Realty Group"), by and through their counsel, Roy I. Niedermayer and Paley, Rothman, Goldstein, Rosenberg, Eig and Cooper, Chartered, (i) move this Court vacate the Clerk's entry of default on June 11, 2007 in favor of The Kingdom of Morocco against Butler and Realty Group and (ii) respond to the Court's order of June 26, 2007 to show cause why the Court should not enter a default judgment against them on the following grounds and for the following reasons:

1. Third party defendants, Butler and the Butler Realty Group have obtained the consents of the plaintiff, Dr. Darashan Shah and defendant, The Kingdom of Morocco, by their respective counsel, to the vacating of the June 11, 2007 entry of default against Butler and the Butler Realty Group.

2. The undersigned counsel has obtained the authorization of counsel for the plaintiff and defendant to represent that they consent to the vacating of the June 11, 2007 entry of default and further agree that no default judgment should be entered against Butler

PALEY, ROTHMAN
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301)654-7354

and the Butler Realty Group.

    3.    Butler and the Butler Realty Group will file a responsive pleading to the Amended Third Party Complaint within twenty (20) days of the vacating of the entry of default against them.

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.

By: /s/ Roy Niedermayer
Roy Niedermayer, Esq.    Bar No. #180380

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456
Fax: (301) 656-7603
E-Mail: rniedermayer@paleyrothman.com

Attorneys for Third Party Defendants Anne Butler and Anne Butler Realty Group

PALEY, ROTHMAN
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301)654-7354

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DARASHAN SHAH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-CV-01888-TFH |
| ) | |
| THE KINGDOM OF MOROCCO ) | |
| ) | |
| Defendant. ) | |

**ORDER VACATING ENTRY OF DEFAULT AGAINST THIRD PARTY DEFENDANTS
ANNE BUTLER AND ANNE BUTLER REALTY GROUP, LLC**

This matter having come before the Court on the Clerk of Court's entry on June 11, 2007 of a default against third party defendants Anne Butler and Anne Butler Realty Group, LLC, and the Court's order of June 26, 2007 that the third party defendants show cause why a default judgment should not be entered against them, and the third party defendants having obtained the consents of the plaintiff, Dr. Darashan Shah, and the defendant, The Kingdom of Morocco, to vacate the default and that no default judgment be entered against the third party defendants, it is this _____ day of _____, 2007

ORDERED that the Consent Motion of Third Party Defendant Anne Butler and Anne Butler Realty Group, LLC to Vacate Entry of Default by Clerk and Response to Show Cause Order of Court be and the same is hereby GRANTED; and it is further

ORDERED that the entry of default against a default against third defendants Anne Butler and Anne Butler Realty Group, LLC is hereby vacated; and it is further

ORDERED that the third party defendants Anne Butler and Anne Butler Realty Group, LLC shall file a responsive pleading within twenty (20) days after the entry of this Order.

                                        Thomas F. Hogan, Chief Judge

                                        United States District Court for the District of Columbia