IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARASHAN SHAH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE KINGDOM OF MOROCCO )<br>)<br>Defendant. ) | Civil No. 06-CV-01888-TFH |

## ORDER VACATING ENTRY OF DEFAULT AGAINST THIRD PARTY DEFENDANTS ANNE BUTLER AND ANNE BUTLER REALTY GROUP, LLC

This matter having come before the Court on the Clerk of Court's entry on June 11, 2007 of a default against third party defendants Anne Butler and Anne Butler Realty Group, LLC, and the Court's order of June 26, 2007 that the third party defendants show cause why a default judgment should not be entered against them, and the third party defendants having obtained the consents of the plaintiff, Dr. Darashan Shah, and the defendant, The Kingdom of Morocco, to vacate the default and that no default judgment be entered against the third party defendants, it is this 26 day of July, 2007

ORDERED that the Consent Motion of Third Party Defendant Anne Butler and Anne Butler Realty Group, LLC to Vacate Entry of Default by Clerk and Response to Show Cause Order of Court be and the same is hereby GRANTED; and it is further

ORDERED that the entry of default against a default against third defendants Anne Butler and Anne Butler Realty Group, LLC is hereby vacated; and it is further

ORDERED that the third party defendants Anne Butler and Anne Butler Realty Group, LLC shall file a responsive pleading within twenty (20) days after the entry of this Order.

_____
Thomas F. Hogan, Chief Judge

United States District Court for the District of Columbia