UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. DARASHAN SHAH, )
       Plaintiff, )
v. ) Case No.: 1:06CV01888
) Judge: Thomas F. Hogan
THE KINGDOM OF MOROCCO, )
       Defendant. )

## NOTICE OF ENTRY OF APPEARANCE

Aaron W. Knights of Kalbian Hagerty, LLP, hereby enters his appearance as counsel on behalf of Defendant, the Kingdom of Morocco. Mr. Knights was admitted to practice before the United States District Court for the District of Columbia on November 6, 2006.

August 7, 2007

Respectfully submitted,

KALBIAN HAGERTY L.L.P

By: /S/ Aaron W. Knights
    Haig V. Kalbian, #400976
    Mary M. Baker #443104
    Aaron W. Knights #489555
The Brawner Building
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625
*Counsel for Defendant*
*The Kingdom of Morocco*