**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. DARASHAN SHAH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-CV-01888-TFH |
| ) | |
| THE KINGDOM OF MOROCCO ) | |
| ) | |
| Defendant. ) | |

## MOTION OF THIRD PARTY DEFENDANT ANNE BUTLER AND ANNE BUTLER REALTY GROUP, LLC TO DISMISS THIRD PARTY COMPLAINT

Third party Defendants, Anne Butler ("Butler") and Anne Butler Realty Group, LLC (" Realty Group"), by and through their counsel, Roy I. Niedermayer and Paley, Rothman, Goldstein, Rosenberg, Eig and Cooper, Chartered, move this Court pursuant to Fed. R. Civ. P. 12 (b)(6) and 14 to dismiss the Third Party Complaint on the grounds and for the reasons that the Third Party Defendants are not liable for all or a part of the plaintiff's claims against the defendant, but the Third Party Claims state independent causes of action. Further grounds and reasons for this Motion are set forth in the accompanying Memorandum of Legal Points and Authorities in support of Third Party Defendants' Motion to Dismiss.

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG
& COOPER, CHTD.

By: _____
Roy Niedermayer, Esq.     Bar No. #180380

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456
Fax: (301) 656-7603
E-Mail: rniedermayer@paleyrothman.com

Attorneys for Third Party Defendants Anne Butler and Anne Butler Realty Group

F.Supp. 17 (D.C.D.C.1950).

  Here, the plaintiff's suit is based upon the breach of a lease for premises located in the District of Columbia.  See Exhibit 1 to Complaint.  Butler and Realty Group are not parties to the lease or otherwise jointly liable with Third-Party Plaintiff on the lease. Neither are Butler and Realty Group alleged to be indemnitors, sureties, guarantors, or joint tortfeasors of or with Third-Party Plaintiff regarding the lease.  The Third-Party Plaintiff and Butler and Realty Group had no contractual or other relationship directly based upon the lease or its terms.   The alleged bases for the Third-party Complaint is that Butler and Realty Group caused the Third-Party Plaintiff to enter into the lease and the actions of Butler and Realty Group were a breach of contract, breach of fiduciary duty, fraudulent, or tortious.  These are independent causes of action which the Third-Party Plaintiff may have against Butler and Realty Group regardless of their having originated in the circumstances surrounding the execution of the lease.  But they are not based on, or derivative of, the lease itself or invoke any secondary liability theory.  They are simply not proper third-party claims under Fed. R. Civ. P. 14(a) and, while they could be brought separately against Butler and Realty Group, they must be dismissed in the procedural posture of this action.

            PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG
            & COOPER, CHTD.

By: *Roy Niedermayer*
  Roy Niedermayer, Esq.     Bar No. #180380

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456
Fax: (301) 656-7603
E-Mail: rniedermayer@paleyrothman.com

Attorneys for Third-Party Defendants Anne Butler and Anne Butler Realty Group

- 3 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DR. DARASHAN SHAH )
)
        Plaintiff, )
)
v. ) Civil No. 06-CV-01888-TFH
)
THE KINGDOM OF MOROCCO )
)
        Defendant. )

## ORDER

Upon consideration of the Motion of Third Party Defendants Anne Butler and Anne Butler Realty Group, LLC to Dismiss Third Party Complaint, it is this _____ day of _____, 2007

ORDERED that Motion of Third Party Defendant Anne Butler and Anne Butler Realty Group, LLC to Dismiss Third Party Complaint, be and the same is hereby is GRANTED.

                                                    _____
                                                    Thomas F. Hogan, Chief Judge
                                                    United States District for the District of Columbia