**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Dr. DARASHAN SHAH                              )
                                               )
        Plaintiff,                          )
                                               )
v.                                             ) Civil No. 06-CV-01888-TFH
                                               )
THE KINGDOM OF MOROCCO                         )
                                               )
        Defendant.                          )

**MEMORANDUM OF THIRD-PARTY DEFENDANT ANNE BUTLER AND ANNE BUTLER REALTY GROUP, LLC IN SUPPORT OF
MOTION TO DISMISS THIRD PARTY COMPLAINT**

Third-Party Defendants, Anne Butler ("Butler") and Anne Butler Realty Group, LLC (" Realty Group"), by and through their counsel, Roy I. Niedermayer and Paley, Rothman, Goldstein, Rosenberg, Eig and Cooper, Chartered, submits this Memorandum in Support of their Motion to Dismiss the Third-Party Complaint.

The Third-Party Complaint Is Improper Because Butler and Realty Group Are Not Liable to Defendant for All or a Part of the Plaintiff's Claims Against Defendant.

Fed. R. Civ. P. 14 provides that the Third-Party Plaintiff may sue Butler and Realty Group on the basis that the Butler and Realty Group are liable to the Third-Party Plaintiff and for all or a part of the plaintiff's claims where Butler and Realty Group are secondarily liable to the Third-Party Plaintiff. The purpose of Fed. R. Civ. P. 14 is to permit a defendant to assert claims for matters such as subrogation, contribution, indemnity, warranty or some other similar theory or relationship between the third-party plaintiff and Butler and Realty Group. Charles Alan Wright & Arthur R. Miller, *6 Fed. Prac. & Proc. Civ. 2d* §1446.   Fed. R. Civ. P. 14 may not be used to assert independent causes of action by the Third-Party Plaintiff against a Butler and Realty Group.  *Id.*; *Liberty Mut. Ins. Co. v. Vallendingham*, 94

F.Supp. 17 (D.C.D.C.1950).

    Here, the plaintiff's suit is based upon the breach of a lease for premises located in the District of Columbia. See Exhibit 1 to Complaint. Butler and Realty Group are not parties to the lease or otherwise jointly liable with Third-Party Plaintiff on the lease. Neither are Butler and Realty Group alleged to be indemnitors, sureties, guarantors, or joint tortfeasors of or with Third-Party Plaintiff regarding the lease. The Third-Party Plaintiff and Butler and Realty Group had no contractual or other relationship directly based upon the lease or its terms. The alleged bases for the Third-party Complaint is that Butler and Realty Group caused the Third-Party Plaintiff to enter into the lease and the actions of Butler and Realty Group were a breach of contract, breach of fiduciary duty, fraudulent, or tortious. These are independent causes of action which the Third-Party Plaintiff may have against Butler and Realty Group regardless of their having originated in the circumstances surrounding the execution of the lease. But they are not based on, or derivative of, the lease itself or invoke any secondary liability theory. They are simply not proper third-party claims under Fed. R. Civ. P. 14(a) and, while they could be brought separately against Butler and Realty Group, they must be dismissed in the procedural posture of this action.

    PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.

By: *Roy Niedermayer* (signature)
    Roy Niedermayer, Esq.    Bar No. #180380

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456
Fax: (301) 656-7603
E-Mail: rniedermayer@paleyrothman.com

Attorneys for Third-Party Defendants Anne Butler and Anne Butler Realty Group