IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARASHAN SHAH,

    *Plaintiff*,

v.

THE KINGDOM OF MOROCCO,

    *Defendant*.

Case No.: 06-CV-01888-TFH

### NOTICE OF ENTRY OF APPEARANCE OF JAMES D. SADOWSKI AS ADDITIONAL COUNSEL FOR THE PLAINTIFF

James D. Sadowski of Greenstein, DeLorme & Luchs, P.C., hereby enters his appearance as additional counsel for the Plaintiff, Dr. Darashan Shah. Ms. Sadowski was admitted to practice before this Court on December 7, 1998.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, PC

/s/ James D. Sadowski
James D. Sadowski, #446635
Richard W. Luchs, #243931
1620 L Street, N.W., Suite 900
Washington, DC 20036-5605
Telephone: (202) 452-1400
Facsimile: (202) 452-1410
E-mail: jds@gdllaw.com
E-mail: rwl@gdllaw.com

*Attorneys for Plaintiff Darashan Shah*

320722v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Entry of Appearance of James D. Sadowski as Additional Counsel for the Plaintiff was filed electronically with the Court this 29th day of August, 2007 and should be served on the following counsel automatically by electronic means via the Court's CM/ECF software:

> Haig V. Kalbian, Esq.
> Mary M. Baker, Esq.
> Aaron W. Knight, Esq.
> KALBIAN HAGERTY LLP
> 888 17th Street, NW, Suite 1000
> Washington, DC  20006
>
> Roy Niedermayer, Esq.
> PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG,
>   EIG & COOPER, CHTD.
> 4800 Hampden Lane, 7th Floor
> Bethesda, MD  20814

>                             /s/  James D. Sadowski
>                             James D. Sadowski