**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DARASHAN SHAH,**<br>**doing business as**<br>**EMBASSY ROW, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**THE KINGDOM OF MOROCCO,**<br><br>    **Defendant and Third Party**<br>    **Plaintiff,**<br><br>v.<br><br>**ANNE BUTLER and**<br>**ANNE BUTLER REALTY GROUP, LLC,**<br><br>    **Third Party Defendants.** | **Civ. No. 06-1888 (TFH)** |

**ORDER**

Pending before the Court is Third Party Defendants' motion to dismiss the third party complaint (# 19). In its opposition to the motion, Third Party Plaintiff requests leave of Court to amend the third party complaint. Finding justice so requires, the Court **GRANTS** Third Party Plaintiff leave to amend the third party complaint and **ORDERS** Third Party Plaintiff to file such amended third party complaint within ten days of the date of this order. Accordingly, the Court **DENIES** as moot Third Party Defendants' motion to dismiss.

    **SO ORDERED**

October 23, 2007

/s/
_____
Thomas F. Hogan
Chief Judge
