**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. DARASHAN SHAH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-CV-01888-TFH |
| ) | |
| THE KINGDOM OF MOROCCO ) | |
| ) | |
| Defendant. ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Third Party Defendants, Anne Butler and Anne Butler Realty Group certify that to the best of my knowledge and belief, the following are parent companies, subsidiary or affiliates of the third party defendants which have any outstanding securities in the hands of the public.

NONE.

There representations are made in order that the judges of this Court may determine the need for recusal.

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG,
EIG & COOPER, CHTD.

By: *(signed)* Roy Niedermayer
Roy Niedermayer, Esq.    #180380

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456
Fax: (301) 656-7603
E-Mail: rniedermayer@paleyrothman.com

Attorney of Record for Third Party Defendants

PALEY, ROTHMAN
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301)654-7354