**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DR. DARASHAN SHAH )
)
    Plaintiff, )
)
v. ) Civil No. 06-CV-01888-TFH
)
THE KINGDOM OF MOROCCO )
)
    Defendant. )

**ANSWER OF THIRD PARTY DEFENDANT ANNE BUTLER AND ANNE BUTLER REALTY GROUP TO THE SECOND AMENDED THIRD PARTY COMPLAINT**

**AND**

**THIRD PARTY COUNTERCLAIM OF DEFENDANTS AGAINST THE KINGDOM OF MOROCCO**

Third party Defendants, Anne Butler ("Butler") and Anne Butler Realty Group, LLC (" Realty Group"), by and through their counsel, Roy I. Niedermayer and Paley, Rothman, Goldstein, Rosenberg, Eig and Cooper, Chartered, answers Count I of the Second Amended Third Party Complaint as follows:

**FIRST DEFENSE**

Count I of the Second Amended Third Party Complaint fails to state a claim against the Butler and Butler Realty Group upon which relief may be granted.

**SECOND DEFENSE**

Butler and Butler Realty Group answer the specific allegations of the Amended Third Party Complaint as follows:

1.    The allegations of paragraphs 1-2 are legal assertions and conclusions regarding venue and jurisdiction by Third Party Defendant which do not require a response

by Third Party Defendants, but to the extent an answer is required, Third Party Defendants deny each and every material factual allegation of paragraphs 1-2.

2.  Third Party Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations of paragraphs 3 and 10 of the Third Party Complaint.

3.  Third Party Defendants admit the material factual allegations of paragraphs 4 and 6.

4.  The allegations of paragraphs 7-9 and 29-30 constitute the Third Party Plaintiff's restatement or characterization of the allegations of the Plaintiff's Complaint or its asserted defenses and do not require a substantive response. To the extent any response is required, Third Party Defendants deny each and every material allegation of paragraphs 7-9 and 29-30.

5.  Third Party Defendants deny each and every material factual allegation of paragraphs 5, 11-27, 31-32, 34-37, 39-44, and 46-48.

6.  Third Party Defendants deny each and every material factual allegation of paragraph 22, except they admit Butler signed the lease on behalf of the plaintiff only with the authorization of the plaintiff.

7.  Third Party Defendants incorporate herein by reference their answers and responses set forth *supra* to the specific paragraphs referred to by Third Party Plaintiff in paragraphs 28, 33, 38, and 45 as their answers to those paragraphs.

### **THIRD DEFENSE**

Third Party Plaintiff is estopped or, in the alternative, has waived its claims by reason of his actions.

### FOURTH DEFENSE

Third Party Plaintiff's claims are barred by reasons of contributory negligence, want of diligence, or other actions and omissions.

### FIFTH DEFENSE

Third Party Plaintiff's claims are barred by reason of unclean hands.

### SIXTH DEFENSE

Third Party Plaintiff's claims are barred by reason of laches.

### SEVENTH DEFENSE

Third Party Plaintiff's claims are barred by reason of its failure to mitigate its damages.

### EIGHTH DEFENSE

Third Party Plaintiff's claims are barred by its own misconduct and misrepresentations.

### NINTH DEFENSE

Third Party Plaintiff's claims are barred by reason of its own fraud or misrepresentations.

### TENTH DEFENSE

Pursuant to Fed. R. Civ. P. 14 (a), Third Party Defendants adopt and incorporate herein by reference the factual defenses asserted by the Third Party Plaintiff to the claims of the plaintiff in the Complaint to the extent not inconsistent with their defenses or, if inconsistent, as permitted by the Federal Rules of Civil Procedure.

>PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.
>
>By: _/s/ Roy Niedermayer_
>Roy Niedermayer, Esq.          Bar No. #180380
>
>4800 Hampden Lane, 7th Floor
>Bethesda, MD 20814
>Telephone: (301) 951-4456
>Fax: (301) 656-7603
>E-Mail: rniedermayer@paleyrothman.com
>
>Attorneys for Third Party Defendants Anne Butler and Anne Butler Realty Group

## THIRD PARTY COUNTERCLAIM OF DEFENDANTS AGAINST THE KINGDOM OF MOROCCO

Third Party Defendants and Third Party Counterclaim Plaintiffs, Anne Butler ("Butler") and Anne Butler Realty Group, LLC (" Realty Group"), by and through their counsel, Roy I. Niedermayer and Paley, Rothman, Goldstein, Rosenberg, Eig and Cooper, Chartered, counterclaim against defendant and third party plaintiff, The Kingdom of Morocco ("Third Party Plaintiff" or "Embassy"), pursuant to Fed. R. Civ. P. 14 (a) as follows:

1. Butler and Realty Group incorporate herein by reference the material factual allegations of paragraphs 5-12 of the Complaint of plaintiff.

2. Third Party Plaintiff engaged Butler and Realty Group as its real estate agent and broker, including recognition of this engagement in the Lease between plaintiff and Third Party Plaintiff described in paragraph 5 of the Complaint in paragraph 35 of the Lease.

3. Butler and Realty Group performed their duties under their agreement and engagement by Third Party Plaintiff.

4. Third Party Plaintiff owes Butler and Realty Group their commission for participation in and the procurement of the Lease on behalf of Third Party Plaintiff.

5. Third Party Plaintiff has failed and refuses to pay Butler and Realty Group the commission and compensation lawfully due Butler and Realty Group despite demand therefor.

WHEREFORE, Butler and Realty Group demand judgment against The Kingdom of Morocco in the amount of Twenty-one Thousand Six Hundred Dollars ($21,600), contractual attorneys' fees incurred herein, and costs.

                                PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.

                                By: _____
                                    Roy Niedermayer, Esq.      Bar No. #180380

                                4800 Hampden Lane, 7th Floor
                                Bethesda, MD 20814
                                Telephone: (301) 951-4456
                                Fax: (301) 656-7603
                                E-Mail: rniedermayer@paleyrothman.com

                                Attorneys for Third Party Counterclaim Plaintiffs
                                Anne Butler and Anne Butler Realty Group