UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DR. DARASHAN SHAH, )
d/b/a EMBASSY ROW, LLC, )
  )
*Plaintiff*, )
v. )
  )
THE KINGDOM OF MOROCCO, )   Civil No. 06-CV-1888-TFH
  )
*Defendant/Third-Party Plaintiff*, )
v. )
  )
ANNE BUTLER, *et al.* )
  )
*Third-Party Defendants*. )

## ANSWER TO THIRD-PARTY COUNTERCLAIM

The Defendant/Third-Party Plaintiff, the Kingdom of Morocco ("Defendant") for its Answer to the Third-Party Counterclaim of Third-Party Defendants, Anne Butler and Anne Butler Realty Group, LLC (collectively "Ms. Butler" or "Third-Party Defendants"), states as follows:

1.  Defendant adopts herein its answer to the allegations in paragraphs 5-12 of the Plaintiff's Complaint. See Answer, dated March 23, 2007.

2.  With regard to the allegation contained in paragraph 2 of the Third-Party Counterclaim, Defendant admits only that at all times material to the allegations in this case Ms. Butler acted as a real estate agent on behalf of the Embassy to assist in locating and leasing appropriate space for the Embassy. However, she breached her fiduciary duties as a real estate agent, *inter alia*, by acting as a dual agent to Plaintiff (and concealing that fact from Defendant) and committing other wrongful actions set forth in detail in the Third-Party Complaint. Defendant further states that the parties contemplated a draft lease, but there was either no meeting of the minds and/or there

were a failure of conditions precedent and the lease never became effective. Defendant otherwise denies all remaining allegations in paragraph 2.

3. Defendant denies the allegations set forth in paragraph 3 of the Third-Party Counterclaim.

4. Defendant denies the allegations set forth in paragraph 4 of the Third-Party Counterclaim.

5. Defendant denies the allegations set forth in paragraph 5 of the Third-Party Counterclaim.

### FIRST AFFIRMATIVE DEFENSE

Third-Party Defendants fail to state a claim against Defendant upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Third-Party Defendants' claims against Defendant are barred by reasons of contributory negligence, breach of fiduciary duty, fraud and misrepresentation or other actions and omissions.

### THIRD AFFIRMATIVE DEFENSE

Third-Party Defendants' claims against Defendant are barred by the doctrine of unclean hands and Ms. Butler's own misconduct (and negligent omissions).

### FOURTH AFFIRMATIVE DEFENSE

Third-Party Defendants' claims against Defendant are barred, in whole or in part, by the doctrines of laches and estoppel.

FIFTH AFFIRMATIVE DEFENSE

Third-Party Defendants' claims are barred due to waiver.

SIXTH AFFIRMATIVE DEFENSE

Third-Party Defendants' claims are barred because there was never a meeting of the minds between Plaintiff and Defendant with regards to the draft lease.

SEVENTH AFFIRMATIVE DEFENSE

Third-Party Defendants' claims are barred due to the failure of various conditions precedent and conditions subsequent relating to the draft lease, which was never executed.

EIGHTH AFFIRMATIVE DEFENSE

Third-Party Defendants' claims are barred due to failure of consideration and/or failure to perform.

WHEREFORE, Defendant/Third-Party Plaintiff, The Kingdom of Morocco, asks that judgment be entered in its favor in all claims in the Third-Party Complaint and against Third-Party Defendants, Ms. Anne Butler and Anne Butler Realty Group, LLC and that Defendant be awarded all costs associated with defense, including all costs associated with this litigation, reasonable attorneys' fees and for such further relief as the Court deems just and appropriate.

Dated December 11, 2007

Respectfully submitted,

KALBIAN HAGERTY L.L.P.

/S/ Haig V. Kalbian

_____
Haig V. Kalbian (D.C. Bar #400976)
Mary M. Baker (D.C. Bar #443104)
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 223-5600
Facsimile: (202)223-6625

*Counsel for Defendant/Third Party Plaintiff, the Kingdom of Morocco*