UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARASHAN SHAH,<br>doing business as<br>EMBASSY ROW, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>THE KINGDOM OF MOROCCO,<br><br>      Defendant and Third Party<br>      Plaintiff,<br><br>      v.<br><br>ANNE BUTLER and<br>ANNE BUTLER REALTY GROUP, LLC,<br><br>      Third Party Defendants. | Civ. No. 06-1888 (TFH) |

## ORDER

The Court **ORDERS** counsel to appear for the scheduling conference in this matter on Thursday, May 29, 2008, at 10:00 a.m.  Counsel who attend must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcomed and encouraged to attend.  The Court further

**ORDERS** that counsel shall confer pursuant to LCvR 16.3(a) and Rule 26(f) of the Federal Rules of Civil Procedure and, no later than five business days before the scheduling conference, submit their Joint Rule 16.3 Statement addressing all topics listed in LCvR 16.3(c).  Counsel are also directed to include in their Joint Rule 16.3 Statement a brief statement of the case and the statutory basis for all causes of action and defenses.

In considering what form of alternative dispute resolution to which the parties think the case is most suited, counsel should consider that among their options under LCvR 16.3(c)(5) are mediation, arbitration, early neutral evaluation, summary jury trial, and any other form of alternative dispute resolution that can be tailored to the needs of their case.  Finally, the Court further

**ORDERS** that parties' written communication with the Court is to be by motion, opposition, and reply, rather than by letter.  A request for a continuance of a court date must include alternative dates to which all parties agree.  Failure to provide such information may result in denial of the request.

**SO ORDERED**.

April 21, 2008                                                                                      /s/
                                                                                           Thomas F. Hogan
                                                                                             Chief Judge