UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DARASHAN SHAH,
doing business as
EMBASSY ROW, LLC

    *Plaintiff,*

  v.

THE KINGDOM OF MOROCCO,

    *Defendant and Third Party Plaintiff,*

  v.

ANNE BUTLER and
ANNE BUTLER REALTY GROUP, LLC,

    *Third Party Defendants.*

Civ. No. 06-1888 (TFH)

## RULE 16(B) SCHEDULING ORDER

This matter was before the Court for a Scheduling Conference on May 29, 2008. Upon a review of the Joint Rule 16.3(c) and Rule 26(f) Statement submitted by the parties, and the representation of counsel at the Scheduling Conference, the Court makes the following findings:

    1.    The Joint Rule 26(f) Discovery Plan is approved and shall control discovery to the extent of its application unless modified by the Court.

    2.    The request to join any additional party should be made by June 15, 2008, unless other information is revealed in discovery that may necessitate the joinder of an additional party (or parties).

    3.    The parties will exchange initial disclosures pursuant to Rule 26(a) (1) (A), (B), (C), and (D) on or before June 16, 2008.

    4.    Depositions are not limited to one day of seven hours

    5.    The deadline for written discovery requests is August 2, 2008, with the completion of discovery by December 15, 2008.

    6.    Service of written discovery may be made by electronic mail ("e-mail") in a format that enables the recipient to open the discovery requests so that the individual requests can be copied into the response (Word 2003), but that e-mails sent after 5:30 p.m. will be considered to have been served on the next calendar day that is not a weekend day or holiday.

    7.    There will not be any pretrial expert witness disclosures under Rule 26 (a)(3)(A), (B) and (C). Rule 26(a)(2) expert disclosures, if any, will be made by the proponent of a claim on or before September 15, 2008, with counter-expert disclosures, if any, to be made by October 31, 2008.

    8.    Any request to amend any pleading should be made as soon as possible after counsel learns of the grounds for such a motion.

    9.    The parties shall participate in ADR (mediation or neutral case evaluation), but not until after an initial round of written discovery (interrogatories, requests for production, and requests for admission and responses to those requests) and party depositions have been completed.

    10.    The parties will file dispositive motions by January 15, 2009.

    11.    The Pretrial Conference will take place on _____, 2009 and the trial date will be selected at the Pretrial Conference.

SO ORDERED this 29th day of May, 2008.

_____
Thomas F. Hogan, Chief Judge

COPIES TO:

James D. Sadowski #446635
GREENSTEIN DeLORME & LUCHS, P.C.
1620 L Street, N.W. - Suite 900
Washington, DC  20036
Phone:  (202) 452-1400
Fax:  (202) 452-1410
jds@gdllaw.com
*Counsel for the Plaintiff*

Haig V. Kalbian, Esq.
Mary M. Baker, Esq.
Anthony Wright, Esq.
Kalbian Hagerty LLP
888 17th Street, N.W., Suite 1000
The Brawner Building
Washington, DC  20006
hkalbian@kalbianhagerty.com
mbaker@kalbianhagerty.com
aknights@kalbianhagerty.com
*Attorneys for Defendant/Third Party Plaintiff*
  *The Kingdom of Morocco*

Roy Niedermayer, Esq.
PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG
  EIG & COOPER, CHTD.
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
rniedermayer@paleyrothman.com
*Attorneys for Third Party Counterclaim Plaintiffs*
  *Anne Butler and Anne Butler Realty Group*

6270/1/338243/1