# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARASHAN SHAH,** doing business as **EMBASSY ROW, LLC,** </br></br>　　　　Plaintiff, </br></br>　　v. </br></br>**THE KINGDOM OF MOROCCO,** </br></br>　　　　Defendant and Third Party Plaintiff, </br></br>　　v. </br></br>**ANNE BUTLER and ANNE BUTLER REALTY GROUP, LLC,** </br></br>　　　　Third Party Defendants. | Civ. No. 06-1888 (TFH) |

## SCHEDULING ORDER

　　　　This matter was before the Court for a Scheduling Conference on May 29, 2008. Upon a review of the Joint Rule 16.3(c) and Rule 26(f) Statement submitted by the parties, and the representation of counsel at the Scheduling Conference, the Court makes the following findings:

　　　　1.　　The Joint Rule 26(f) Discovery Plan is approved and shall control discovery to the extent of its application unless modified by the Court.

　　　　2.　　The request to join any additional party should be made by June 16, 2008, unless other information is revealed in discovery that may necessitate the joinder of an additional party (or parties).

3. The parties will exchange initial disclosures pursuant to Rule 26(a) (1) (A), (B), (C), and (D) on or before June 16, 2008.

4. Following initial disclosures, the parties will participate in ADR of their choice. If the parties wish to participate in the Mediation Program of the United States District Court for the District of Columbia or to have this matter referred to a magistrate judge for mediation, they will so advise the Court.

5. Depositions are limited to one day of seven hours.

6. The deadline for written discovery requests is August 2, 2008, with the completion of discovery by December 15, 2008.

7. Service of written discovery may be made by electronic mail ("e-mail") in a format that enables the recipient to open the discovery requests so that the individual requests can be copied into the response (Word 2003), but that e-mails sent after 5:30 p.m. will be considered to have been served on the next calendar day that is not a weekend day or holiday.

8. There will not be any pretrial expert witness disclosures under Rule 26 (a)(3)(A), (B) and (C). Rule 26(a)(2) expert disclosures, if any, will be made by the proponent of a claim on or before September 15, 2008, with counter-expert disclosures, if any, to be made by October 31, 2008.

9. Any request to amend any pleading should be made as soon as possible after counsel learns of the grounds for such a motion.

10. The parties will file dispositive motions, if any, by January 15, 2009.

11. The parties will appear for a status conference on Wednesday, January 21, 2009, at 11:00 a.m.

**SO ORDERED**.

May 29, 2008                                              _____/s/_____
                                                                    Thomas F. Hogan
                                                                     District Judge

COPIES TO:

James D. Sadowski #446635
GREENSTEIN DeLORME & LUCHS, P.C.
1620 L Street, N.W. - Suite 900
Washington, DC 20036
Phone: (202) 452-1400
Fax: (202) 452-1410
jds@gdllaw.com
*Counsel for the Plaintiff*

Haig V. Kalbian, Esq.
Mary M. Baker, Esq.
Anthony Wright, Esq.
Kalbian Hagerty LLP
888 17th Street, N.W., Suite 1000
The Brawner Building
Washington, DC 20006
hkalbian@kalbianhagerty.com
mbaker@kalbianhagerty.com
aknights@kalbianhagerty.com
*Attorneys for Defendant/Third Party Plaintiff*
*The Kingdom of Morocco*

Roy Niedermayer, Esq.
PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG
EIG & COOPER, CHTD.
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
rniedermayer@paleyrothman.com
*Attorneys for Third Party Counterclaim Plaintiffs*
*Anne Butler and Anne Butler Realty Group*