IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. DARASHAN SHAH )
)
      Plaintiff, )
)
v. ) Civil No. 06-CV-01888-TFH
)
THE KINGDOM OF MOROCCO )
)
      Defendant. )

**NOTICE OF LcvR 26.2 INITIAL DISCLOSURES**

On June 5, 2008, Third party Defendants, Anne Butler ("Butler") and Anne Butler Realty Group, LLC (" Realty Group"), by and through their counsel, Roy I. Niedermayer and Paley, Rothman, Goldstein, Rosenberg, Eig and Cooper, Chartered provided counsel with their Initial Disclosures in compliance with  complied with the provisions of Fed. R. Civ. P 26 and LcvR 26.2.

                                          PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG
                                          & COOPER, CHTD.

                                          By: _/s/ Roy Niedermayer_____
                                          Roy Niedermayer, Esq.     Bar No. #180380

                                          4800 Hampden Lane, 7th Floor
                                          Bethesda, MD 20814
                                          Telephone: (301) 951-4456
                                          Fax: (301) 656-7603
                                          E-Mail: rniedermayer@paleyrothman.com

                                          Attorneys for Third Party Defendants Anne Butler and Anne Butler Realty Group