UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARASHAN SHAH,<br><br>    *Plaintiff,*<br><br>v.<br><br>THE KINGDOM OF MOROCCO,<br><br>    *Defendant and Third Party Plaintiff*,<br><br>v.<br><br>ANNE BUTLER and<br>ANNE BUTLER REALTY GROUP, LLC,<br><br>    *Third Party Defendants.* | Civ. No. 06-1888 (TFH) |

### NOTICE OF PLAINTIFF'S LCvR 26.2 INITIAL DISCLOSURES

COMES NOW THE PLAINTIFF, Darashan Shah ("Plaintiff" or "Dr. Shah"), by counsel, and gives notice that on June 16, 2008, he provided opposing counsel with his Initial Disclosures in compliance with the Federal Rules of Civil Procedure and LCvR 26.2.

    Respectfully submitted,

    DARASHAN SHAH, by

    /S/ James D. Sadowski
    James D. Sadowski, #446635
    Greenstein DeLorme & Luchs, P.C.
    1620 L Street, N.W., Suite 900
    Washington, DC  20036-5605
    Telephone:  (202) 452-1400

    *Counsel for Plaintiff Dr. Darashan Shah*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 16th day of June, 2008, a true copy of the foregoing Plaintiff's Notice of LCvR 26.2 Initial Disclosures was filed electronically using the Court's CM/ECF system and a Notice of Filing ("NEF") should be sent to the following persons:

>Haig V. Kalbian, Esq.
>Mary M. Baker, Esq.
>Kalbian Hagerty LLP
>888 17th Street, N.W., Suite 1000
>The Brawner Building
>Washington, DC  20006
>hkalbian@kalbianhagerty.com
>
>Roy Niedermayer, Esq.
>Paley, Rothman, Goldstein, Rosenberg,
>  Eig & Cooper, Chtd.
>4800 Hampden Lane, 7th Floor
>Bethesda, MD  20814
>rniedermayer@paleyrothman.com

/S/ James D. Sadowski
James D. Sadowski