UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARASHAN SHAH,** doing business as **EMBASSY ROW, LLC,**      Plaintiff, <br><br> v. <br><br> **THE KINGDOM OF MOROCCO,** <br>     Defendant and Third Party Plaintiff, <br><br> v. <br><br> **ANNE BUTLER and ANNE BUTLER REALTY GROUP, LLC,** <br>     Third Party Defendants. | Civ. No. 06-1888 (TFH) |

## ORDER

Pursuant to the parties' joint request, the Court **ORDERS** this matter referred to Magistrate Judge John M. Facciola for mediation. The Court further

**ORDERS** the parties to contact Judge Facciola's chambers within ten days of the date of this order to schedule mediation. The Court further

**ORDERS** the parties to file a joint report addressing the status of mediation by October 23, 2008.

July 24, 2008                                                              /s/
                                                                      Thomas F. Hogan
                                                   United States District Court Judge