REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1345 PROPERTY EJECTMENT | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 06-1888 | DATE REFERRED:<br>7/24/08<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>HOGAN | MAG. JUDGE<br>FACCIOLA |
| PLAINTIFF(S):<br>DARASHAN SHAH v. THE KINGDOM OF MOROCCO | | DEFENDANT(S):<br>ANNE BUTLER REALTY GROUP, LLC | | |
| ENTRIES: | | | | |

REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

| CATEGORY: | | | | |
|---|---|---|---|---|
| CAUSE OF ACTION: 28:1345 PROPERTY EJECTMENT | | | | |
| CASE NO: CA 06-1888 | DATE REFERRED: 7/24/08  DISPOSITION DATE: | PURPOSE: MEDIATION | JUDGE: HOGAN | MAG. JUDGE FACCIOLA |
| PLAINTIFF(S): DARASHAN SHAH v. THE KINGDOM OF MOROCCO | | DEFENDANT(S): ANNE BUTLER REALTY GROUP, LLC | | |
| ENTRIES: | | | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARASHAN SHAH,<br>doing business as<br>EMBASSY ROW, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE KINGDOM OF MOROCCO,<br><br>    Defendant and Third Party<br>    Plaintiff,<br><br>    v.<br><br>ANNE BUTLER and<br>ANNE BUTLER REALTY GROUP, LLC,<br><br>    Third Party Defendants. | Civ. No. 06-1888 (TFH) |

## ORDER

Pursuant to the parties' joint request, the Court **ORDERS** this matter referred to Magistrate Judge John M. Facciola for mediation. The Court further

**ORDERS** the parties to contact Judge Facciola's chambers within ten days of the date of this order to schedule mediation. The Court further

**ORDERS** the parties to file a joint report addressing the status of mediation by October 23, 2008.

July 24, 2008

                                                              /s/
                                       Thomas F. Hogan
                              United States District Court Judge